**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Natessa and Garrett Tidwell, et al., | ) | No. CV-08-239-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| v. | ) | |
| Onyx Acceptance Corp., et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiffs' motion for extension of time to file reply memorandum in support of Plaintiffs' motion to remand (Dkt. 18). It appearing that Plaintiffs filed their reply memorandum by the March 21, 2008 deadline (see Dkt. 19),

**IT IS HEREBY ORDERED** denying as moot Plaintiffs' motion for extension of time (Dkt. 18).

DATED this 26th day of March, 2008.

Stephen M. McNamee
United States District Judge