1   **WO**

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                        FOR THE DISTRICT OF ARIZONA

8

9   Natessa and Garrett Tidwell, et al.,      )   No. CV-08-239-PHX-SMM
                                              )
10                                            )   **ORDER**
                   Plaintiffs,                )
11                                            )
    v.                                        )
12                                            )
                                              )
13  Onyx Acceptance Corp., et al.,            )
                                              )
14                 Defendants.                )
                                              )
15                                            )
                                              )
16  _____)

17          Before the Court is a Notice of Settlement filed by the Jaquez and Sauceda

18  Plaintiffs ("Plaintiffs") (Dkt. 21).  Plaintiffs inform the Court that the Notice of

19  Settlement renders their motion to remand (Dkt. 16) moot.  Plaintiffs indicate that they

20  will file dismissal paperwork shortly.  Accordingly,

21          **IT IS HEREBY ORDERED** denying as moot Plaintiffs' motion to remand time

22  (Dkt. 16).

23  //

24  //

25  //

26  //

27  //

28  //

1    **IT IS FURTHER ORDERED** that a status conference shall be scheduled in this

2  matter for **Monday, April 28, 2008 at 9:00 a.m.**  The status conference shall be

3  automatically vacated upon the filing of a Stipulation of Dismissal by the parties.

4    DATED this 27th day of March, 2008.

Stephen M. McNamee
United States District Judge