**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Natessa and Garrett Tidwell, et al., | No. CV-08-239-PHX-SMM |
| Plaintiffs, | **ORDER OF PARTIAL DISMISSAL WITH PREJUDICE** |
| v. | |
| Onyx Acceptance Corp., et al., | |
| Defendants. | |

Pursuant to the Stipulation of Partial Dismissal (Dkt. 27) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing with prejudice the claims of Plaintiffs Melanie Jaquez, Juan Jaquez, and Rodolfo Sauceda, each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** that this matter shall continue only as to the claims of Plaintiffs Natessa and Garrett Brown Tidwell.

DATED this 28th day of April, 2008.

Stephen M. McNamee
United States District Judge