**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Natessa and Garrett Tidwell, et al., | ) | No. CV-08-239-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Onyx Acceptance Corp., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a Notice of Settlement and Motion to Vacate Deadlines filed by the Tidwell Plaintiffs ("Plaintiffs") (Dkt. 30). Plaintiffs indicate that they will file dismissal paperwork shortly. Accordingly,

**IT IS HEREBY ORDERED** vacating the Preliminary Pretrial Conference scheduled in this matter for June 16, 2008.

**IT IS FURTHER ORDERED** that a status conference shall be scheduled in this matter for **Monday, July 21, 2008 at 10:30 a.m.** The status conference shall be automatically vacated upon the filing of a Stipulation of Dismissal by the parties.

DATED this 4th day of June, 2008.

Stephen M. McNamee
United States District Judge