**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Natessa and Garrett Tidwell, et al., | ) | No. CV-08-239-PHX-SMM |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Onyx Acceptance Corp., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to the Stipulation for Dismissal With Prejudice (Dkt. 32) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing the above entitled action with prejudice, each party to bear its own attorney's fees and costs.

**IT IS FURTHER ORDERED** vacating the Status Conference set for July 21, 2008.

DATED this 6th day of June, 2008.

Stephen M. McNamee
United States District Judge